# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 4 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

ORIGINAL

MOTION UNDER 28 U.S.C. SECTION 2255,
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A
<u>PERSON IN FEDERAL CUSTODY</u>

UNITED STATES OF AMERICA

vs.

_David Clyde Morgan_
MOVANT (full name of movant)

_Ray Brook FCI_
PLACE OF CONFINEMENT

_29030-177_
PRISONER ID NUMBER

_4:02-CR-144-A (02)_
CRIMINAL CASE NUMBER

(If a movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

---

## INSTRUCTIONS - READ CAREFULLY

1.  This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities needs to be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3.  Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

# MOTION

1. Name and location of court that entered the judgment of conviction you are challenging:

Fort Worth Division
501 W. 10th ST, RM 310
Fort Worth TX  76102

2. Date of the judgment of conviction:

Nov 22. 2002

3. Length of sentence:  211 Months

4. Nature of offense involved (all counts):

Conspiracy To Posses with Intent To Distribute Controlled Substance

5. (a) What was your plea? (Check one)

Not guilty ☐   Guilty ☒   Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge Only ☐

7. Did you testify at the trial? (Check one)   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction? (Check one)   Yes ☐   No ☒

9. If you did appeal, answer the following:

Name of Court: _____

Result: _____

Date of result: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐   No ☒

11. If your answer to 10 was "Yes" give the following information:

Name of Court: _____

Nature of proceeding:
_____

Grounds raised:
_____

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐   No ☒

Result: _____

Date of result: _____

As to any *second* petition, application or motion, give the same information:

Name of Court: _____

Nature of proceeding:
_____

Grounds raised:
_____

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐   No ☒

Result: _____

Date of result: _____

As to any *third* petition, application or motion, give the same information:

Name of Court: _____

Nature of proceeding: _____

Grounds raised: _____

Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ☐    No ☑

Result: _____

Date of result: _____


Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

|  |  | Yes | No |
|---|---|---|---|
| First petition, etc. | | ☐ | ☑ |
| Second petition, etc. | | ☐ | ☑ |
| Third petition, etc. | | ☐ | ☑ |

If you did not <u>appeal</u> from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

> **CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you <u>should raise in this petition all available grounds</u> (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

<u>DO NOT CHECK ANY OF THESE LISTED GROUNDS.</u> If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any of these grounds.

(a)   Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b)   Conviction obtained by use of coerced confession.

(c)   Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)   Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)   Conviction obtained by a violation of the privilege against self-incrimination.

(f)   Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)   Conviction obtained by a violation of the protection against double jeopardy.

(h)   Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)   Denial of effective assistance of counsel.

(j)   Denial of right to appeal.

A.   Ground One:

DUE PROCESS JOHNSON ISSUE
UNDER THE FIFTH AMENDMANT OF THE
UNITED STATES Constitution.

Supporting FACTS (tell your story briefly without citing cases or law):

SENTENCED AS CAREER OFFENDER AND ONE
OF THE QUALIFYING CRIMES USED TO DETERMINE
THAT STATUS WAS A TX. SIMPLE ROBBERY CONVICTION.
WHICH ONLY QUALIFIED AS A CRIME OF VIOLENCE.
UNDER NOW UNCONSTITUANAL RESIDUAL CLAUSE.

B.   Ground Two:

INAFFECTIVE ASSISTANCE OF COUNCIL TO CHALLENGE
RESIDUAL CLAUSE, OR CAREER OFFENDER DESIGNATION
WITH REGARD TO SEPERATION OF COUNTS OF FLORIDA
CONVICTIONS. AND ADVISED THERE WERE NO APPEAL
ISSUES IN THE REGARD FOR ABOVE MENTIONED.

Supporting FACTS (tell your story briefly without citing cases or law):

C.   Ground Three:

Supporting FACTS (tell your story briefly without citing cases or law):

D.   Ground Four:

Supporting FACTS (tell your story briefly without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds
were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes          No

15. Give the name and address, if known, of each attorney who represented you in the following stages
of the judgment attacked herein:

(a) At preliminary hearing:

LAWRENCE BROWN    PUBLIC DEFENDERS OFFICE
FORT WORTH DISTRICT

(b) At arraignment and plea:

SAME

(c) At trial:

SAME

(d) At sentencing:

SAME

(e) On appeal

SA

(f) In any post-conviction proceeding:

(g) On appeal from any adverse ruling in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐   No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) And give date and length of sentence to be served in the future:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐   No ☑

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature

_____
Firm Name (if any)

_____
Address

_____
City, State & Zip Code

_____
Telephone (including area code)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
Executed on   6-16-16   (date).

_____
Signature of Movant

Case Number:
(Leave this blank, Fifth Circuit will assign a case number)

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

*In re* _____ (Your full name),

Movant

## Motion for Authorization to File A Successive Application Under 28 U.S.C. § 2255 And Request For Expedited Decision

(Seeking Relief Under *Johnson v. United States*, 135 S. Ct. 2551 (2015))

Movant's Name:   _____

BOP Register Number:   _____

Name of Institution:   _____

Address:   _____

   _____

   _____

*Proceeding Pro Se.*

## Request for Expedited Consideration

Movant respectfully asks for expedited consideration of this Motion. The presumptive deadline to file for post-conviction relief under *Johnson v. United States*, 135 S. Ct. 22551 (2015), is <u>June 26, 2016</u>. Movant asks this Court to grant this authorization at quickly enough that he has an opportunity to file the proposed petition on or before that date.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 27 2002

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

# United States District Court

Northern District of Texas
Fort Worth Division

UNITED STATES OF AMERICA                    §

v.                                          §          Case Number: 4:02-CR-144-A(02)

DAVID CLYDE MORGAN                          §

## JUDGMENT IN A CRIMINAL CASE

The government was represented by Assistant United States Attorney Aisha Saleem. The defendant, DAVID CLYDE MORGAN, was represented by Lawrence Brown.

The defendant pleaded guilty to count 1 of the indictment filed on July 17, 2002. Accordingly, the court ORDERS that the defendant be, and is hereby, adjudged guilty of such count involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 21 U.S.C. § 846 | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE | June 2002 | 1 |

As pronounced and imposed on November 22, 2002, the defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

The court ORDERS that the defendant immediately pay to the United States, through the Clerk of this Court, a special assessment of $100.00.

The court further ORDERS that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence address, or mailing address, as set forth below, until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court, through the clerk of this court, and the Attorney General, through the United States Attorney for this district, of any material change in the defendant's economic circumstances.

## IMPRISONMENT

The court further ORDERS that the defendant be, and is hereby, committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 211 months.

The court recommends to the Bureau of Prisons that defendant be allowed to participate in the 500 hour Comprehensive Substance Abuse Treatment Program.

Certified a true copy of an instrument
on file in my office on _____
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

1

The defendant is remanded to the custody of the United States Marshal.

## SUPERVISED RELEASE

The court further ORDERS that, upon release from imprisonment, the defendant shall be on supervised release for a term of 5 years, and that while on supervised release:

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not possess illegal controlled substances.

3. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill.

4. The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and all other intoxicants during and after completion of treatment. It is ordered that the defendant contribute to the costs of services rendered at a rate of at least $20 per month.

5. The defendant shall also comply with the Standard Conditions of Supervision as hereinafter set forth.

### Standard Conditions of Supervision

1. The defendant shall report in person to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

2. The defendant shall not possess a firearm, destructive device, or other dangerous weapon.

3. The defendant shall provide to the U.S. Probation Officer any requested financial information.

4. The defendant shall not leave the judicial district without the permission of the Court or U.S. Probation Officer.

5. The defendant shall report to the U.S. Probation Officer as directed by the court or U.S. Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month.

6. The defendant shall answer truthfully all inquiries by the U.S. Probation Officer and follow the instructions of the U.S. Probation Officer.

7. The defendant shall support his or her dependents and meet other family responsibilities.

8. The defendant shall work regularly at a lawful occupation unless excused by the U.S. Probation Officer for schooling, training, or other acceptable reasons.

9. The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment.

10. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.

11. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

12. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the U.S. Probation Officer.

13. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the U.S. Probation Officer.

14. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

15. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

16. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

The court hereby directs the probation officer to provide defendant with a written statement that sets forth all the conditions to which the term of supervised release is subject, as contemplated and required by Title 18 United States Code section 3583(f).



STATEMENT OF REASONS



The court adopts as the fact findings of the court the facts set fourth in the Presentence Report, as modified or supplemented by any facts set fourth in any Addendum and any fact found by the court during the sentencing hearing; and, the court adopts as the conclusions of the court all conclusions expressed in the Presentence Report, as modified or supplemented by any conclusions expressed in any Addendum and any conclusions expressed by the court during the sentencing hearing.

Guideline Range Determined by the Court:

Total Offense Level: __31__

Criminal History Category: __VI__

Imprisonment Range: __188__ to __235__ months.

Supervised Release Range: __4__ to __5__ years

Fine Range: __$15,000__ to __$2,000,000__

The sentence is within the guideline range, and the court finds no reason to depart from the sentence called for by application of the guidelines.

Signed this the __27__ day of November , 2002 .

JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

Defendant's Residence Address:
Federal Medical Center
3150 Horton Road
Fort Worth, Texas  76119-5996

Defendants's Mailing Address:
SAME AS ABOVE

Defendant's USM No: 29030-177
Defendant's SSN: 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
Defendant's Date of Birth: 6/2/69

4

RETURN

I have executed the imprisonment part of this Judgment as follows:

_____

_____

_____

Defendant delivered on _____, 200___ to _____ at _____

_____, with a certified copy of this Judgment.


Randy Ely
United States Marshal for the
Northern District of Texas


By _____
    Deputy United States Marshal



Department of Justice                                                    Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN          Progress Report: 06-08-2016



| | | | |
|---|---|---|---|
| **Name:** | MORGAN, DAVID CLYDE | **Institution:** | RAY BROOK FCI |
| **Register Number:** | 29030-177 | | P.O. BOX 300 |
| **Security/Custody:** | MEDIUM/IN | | RAY BROOK, NY 12977 |
| **Projected Release:** | 03-25-2017 / GCT REL | **Telephone:** | (518) 897-4000 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 07-05-2016 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 07-08-2016 | **FBI Number:** | 456168MA3 |
| **Age/DOB/Sex:** | 47 / 06-02-1969 / M | **SSN:** | 001649580 |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Joyce Houle, Mother | **Release Employer:** | [Name] |
| | 1709 COBBLESTONE DRIVE | | [Address] |
| | OCEAN ISLE BEAC, NC 28469 | **Contact** | [POC] |
| **Telephone:** | (704) 996-7101 | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Joyce Houle, Mother | **Secondary Emergency** | [POC] |
| | 1709 Cobblestone Drive | **Contact:** | [Address] |
| | Ocean Isle Beac, NC 28469 | **Telephone:** | |
| **Telephone:** | (704) 996-7101 | | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| 21 USC:846-CONSPIRACY TO PWITD CONTROLLED SUBSTANCE | 211 MONTHS | 3559 PLRA SENTENCE | 5 YEARS |

**Other Current Offenses:**

| NONE |
|---|

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 11-22-2002 | 14 YEARS 8 MONTHS 20 DAYS / 428 / 0 | 756 / 0 / 0 | 0 / 0 / 81 | **Hearing Date:** **Hearing Type:** **Last USPC Action:** | NOT ENTERED |

**Detainers:**    N

**Special Parole Term: NOT ENTERED**
**Pending Charges:**    None known
**Cim Status:**    Y                                **Cim Reconciled:**    Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT | $100.00 | $0.00 | 4:02-CR-144-A (02) | FINANC RESP-COMPLETED |

| | | | |
|---|---|---|---|
| **Financial Plan** | | **Comm Dep-6 mos:** | $1221.70 |
| **Active:** | N | **Commissary** | |
| **Financial Plan Date:** | [Date] | **Balance:** | $67.55 |

**Payments**

| | |
|---|---|
| **Commensurate:** | Y |
| **Missed:** | N |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
# PROGRESS REPORT: 06-08-2016

**Judicial Recommendations:**  NONE / 500 RDAP / NONE

| Special Conditions of Supervision: | Shall participate in a program approved by USPO for treatment of narcotic or drug or alcohol dependency which will include testing for detection of substance use or abuse |
|---|---|

| **USPO Sentencing:** | Mitsi Westendorff, Chief Texas Northern Probation Office Earle Cabell Federal Building and United States Courthouse 1100 Commerce Street Room 1329 Dallas, TX 75242 | **USPO Relocation:** | James Corpening, Chief North Carolina Eastern Probation Office Terry Sanford Federal Building 310 New Bern Avenue Room 610 Raleigh, NC 27601-1418 |
|---|---|---|---|
| **Phone/Fax:** | 214-753-2500 / 214-753-2570 | **Phone/Fax:** | 919-861-8660 / 919-861-5555 |

| **Subject to 18 U.S.C. 4042(B) Notification:**   Y  • Conviction for a drug trafficking crime (federal) | **DNA Required:**   Y - 07-13-2010 **Subject to Sex Offender Notifications:**   N **Treaty Transfer Case:**   N |
|---|---|

| **Profile Comments:** | Inmate Morgan continues to participate in the Inmate Suicide Companion Program and is currently up to date on his training. |
|---|---|

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| RBK | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-20-2003 | CURRENT |
| RBK | ESL HAS | ENGLISH PROFICIENT | 01-20-2003 | CURRENT |
| RBK | SUICIDE CO | SUICIDE COMPANION | 01-22-2016 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| INFORMATIONAL JOB FAIR | 04-30-2016 | 14 |
| ACT APPLIED MATHEMATICS | 04-01-2016 | 20 |
| ACT READING FOR INFORMATION | 04-01-2016 | 20 |
| ACT LOCATING INFORMATION | 04-01-2016 | 20 |
| INTRODUCTION TO SPANISH | 10-27-2015 | 14 |
| AFFORDABLE HEALTH CARE SEMINAR | 10-29-2015 | 2 |
| CROSS TRAINING | 10-03-2014 | 3 |
| CIRCUIT CROSS TRAINING | 12-31-2014 | 3 |
| PAINTING 1 | 06-04-2015 | 8 |
| EXTRA CASAC HOURS | 07-01-2015 | 100 |
| RPP6OVERV | 02-13-2015 | 1 |
| RPP5RELEAS | 02-13-2015 | 1 |
| RPP4COMSUP | 02-13-2015 | 1 |
| RPP3MONEY | 02-13-2015 | 1 |
| RPP2BARS | 02-13-2015 | 1 |
| RPP1AIDS1 | 02-13-2015 | 1 |

Name: **MORGAN, DAVID CLYDE**                                                      RegNo: **29030-177**

| | | |
|---|---|---|
| HEALTH FAIR | 10-22-2014 | 1 |
| ALCOHOLISM & SUBSTANCE STUDIES | 06-13-2013 | 261 |
| HOBBYCRAFT/CERAMICX/X4172 | 03-07-2013 | 8 |
| PHILOSOPHY /PHILLIPS X4161 | 10-27-2011 | 12 |
| FIMO/PLAYDO CLAY | 09-26-2011 | 12 |
| NA/AA (HN) | 05-12-2010 | 10 |
| SUICIDE PREVENTION | 06-18-2009 | 4 |
| INTER BICYCLE WELLNESS (HN) | 08-25-2009 | 6 |
| BEGINNERS BICYCLE WELLNESS(HN) | 04-13-2009 | 6 |
| RPP1&6 DRUG EDUCATION | 10-20-2004 | 40 |
| ADVANCED YOGA PROGRAM | 09-15-2004 | 3 |

**HIGH TEST SCORES**

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

**WORK DATA**

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| RBK | TRULINCS | TRULINCS CLERK | 11-10-2014 | CURRENT |

**WORK HISTORY**

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| RBK | SHU UNASGN | SHU UNASSIGNED | 10-30-2014 | 11-03-2014 |
| RBK | TRULINCS | TRULINCS CLERK | 09-10-2013 | 10-30-2014 |
| RBK | REC HOBBY | RECREATION HOBBYCRAFT | 08-28-2013 | 09-10-2013 |
| RBK | SHU UNASGN | SHU UNASSIGNED | 08-19-2013 | 08-23-2013 |
| RBK | TRULINCS | TRULINCS CLERK | 05-12-2011 | 08-19-2013 |
| RBK | REC WKND | FRI 5:30PM-SUN 8:15PM/X4170 | 04-19-2011 | 05-12-2011 |
| RBK | REC AM | RECREATION/7:30-12:30 | 04-06-2011 | 04-19-2011 |
| RBK | ORD DEL B | ORDERLY | 04-04-2011 | 04-06-2011 |
| | | Gap(s) in employment between assignments: 39 days | | |
| CAA | H/O UNASSG | HOLD OVER UNIT | 02-14-2011 | 02-24-2011 |
| | | Gap(s) in employment between assignments: 91 days | | |
| TRV | ORD K A | ORDERLY KARNES A | 11-02-2009 | 11-15-2010 |
| | | Gap(s) in employment between assignments: 42 days | | |
| TRV | VCR-RND | RESEARCH & DEVELOPMENT EXT 718 | 07-02-2008 | 09-21-2009 |
| TRV | IND QA | INDUSTRIES QUALITY ASSURANCE | 10-31-2007 | 07-02-2008 |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
# PROGRESS REPORT: 06-08-2016

| TRV | CMP LIT AM | COMPOUND LITTER 6AM-2PM | 10-29-2007 | 10-31-2007 |
|---|---|---|---|---|
| | | Gap(s) in employment between assignments: 39 days | | |
| BSY | DETN | DETENTION | 08-09-2007 | 09-20-2007 |
| BSY | UNICOR QA | UNICOR QA | 09-29-2006 | 08-09-2007 |
| BSY | UNICOR 2 | ECWCS LINE A | 08-10-2006 | 09-29-2006 |
| BSY | PRE-IND | PRE-IND | 07-24-2006 | 08-10-2006 |
| BSY | COMPOUND P | INSIDE GROUND MAINTENANCE PM | 02-03-2006 | 07-24-2006 |
| BSY | LANDSCP 1 | INSIDE LANDSCAPE | 02-02-2006 | 02-03-2006 |
| LEE | SHU AD | SHU UNASSIGNED AD | 02-27-2005 | 01-06-2006 |
| LEE | SHU DS | SHU UNASSIGNED DS | 02-13-2005 | 02-27-2005 |
| LEE | SHU AD | SHU UNASSIGNED AD | 01-21-2005 | 02-13-2005 |
| LEE | UNICOR 5 | UNICOR 5 | 12-14-2004 | 01-21-2005 |
| LEE | PM REC GYM | USP PM RECREATION - GYM | 06-04-2004 | 12-14-2004 |
| LEE | S COMPD PM | SOUTH COMPOUND PM | 05-12-2004 | 06-04-2004 |
| LEE | SHU AD | SHU UNASSIGNED AD | 05-04-2004 | 05-05-2004 |
| LVN | 63 UNASSG | UNASSIGNED DUTY | 08-29-2003 | 04-16-2004 |
| LVN | A/O UNASSG | A & O UNASSIGNED | 08-21-2003 | 04-16-2004 |
| LVN | DCH UNASSG | UNASSIGNED DUTY | 07-31-2003 | 08-29-2003 |
| LVN | 63 UNASSG | UNASSIGNED DUTY | 06-18-2003 | 07-31-2003 |
| | | Gap(s) in employment between assignments: 146 days | | |
| LVN | A/O UNASSG | A & O UNASSIGNED | 01-10-2003 | 01-23-2003 |

## DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| DHO | 09-29-2009 | 1920767 | 112 - USE OF DRUGS/ALCOHOL | DIS GCT / 40 DAYS / CS<br>COMP: 10   LAW: P<br><br>DS / 60 DAYS / CS<br>COMP:   LAW: 60 DAYS DS TIME<br><br>LP COMM / 365 DAYS / CS<br>COMP:   LAW: LOSE COMMISSARY FOR 365 LAW: DAYS<br><br>LP VISIT / 365 DAYS / CS<br>COMP:   LAW: LOSE VISITS FOR 365 DAYS<br><br>LP PHONE / 365 DAYS / CS<br>COMP:   LAW: LOSE PHONES FOR 365 DAYS |
| DHO | 02-11-2005 | 1304143 | 316 - BEING IN UNAUTHORIZED AREA | DIS GCT / 14 DAYS / CS<br>COMP: 10   LAW: P<br><br>DS / 15 DAYS / CS<br>COMP: |
| DHO | 02-11-2005 | 1304142 | 201 - FIGHTING WITH ANOTHER PERSON | DIS GCT / 27 DAYS / CS<br>COMP: 10   LAW: P<br><br>TRANSFER / 0 / CS<br>COMP: |

Name: **MORGAN, DAVID CLYDE**                                                    RegNo: **29030-177**

| | | | | DS / 15 DAYS / CS COMP: |
|---|---|---|---|---|
| | | | | |

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| RBK | A-DES | DESIGNATED, AT ASSIGNED FACIL | 10-31-2014 | CURRENT |

## MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| RBK | DESIGNATED, AT ASSIGNED FACIL | 03-31-2014 | 10-31-2014 |
| RBK | *MULTIPLE TRIPS IN/OUT OF RBK | 02-24-2011 | 03-31-2014 |
| TRV | DESIGNATED, AT ASSIGNED FACIL | 10-03-2007 | 01-20-2011 |
| BSY | DESIGNATED, AT ASSIGNED FACIL | 09-20-2007 | 09-21-2007 |
| BSY | *MULTIPLE TRIPS IN/OUT OF BSY | 01-27-2006 | 09-20-2007 |
| LEE | DESIGNATED, AT ASSIGNED FACIL | 01-25-2005 | 01-06-2006 |
| LEE | *MULTIPLE TRIPS IN/OUT OF LEE | 01-24-2005 | 01-25-2005 |
| LVN | DESIGNATED, AT ASSIGNED FACIL | 01-10-2003 | 04-16-2004 |

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| RBK | RPP COMPLT | RELEASE PREP PGM COMPLETE | 02-13-2015 | CURRENT |
| RBK | CFSR | CERT FOOD SINCERITY REMOVAL | 01-21-2005 | CURRENT |
| RBK | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 02-12-2003 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| RBK | WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS | 12-31-2013 | CURRENT |
| RBK | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-03-2007 | CURRENT |
| RBK | YES F/S | CLEARED FOR FOOD SERVICE | 10-03-2007 | CURRENT |

Department of Justice                                                    Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN          PROGRESS REPORT: 06-08-2016

## ACADEMIC          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✔ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ✔ | **LITERACY**<br>⊕ GED obtained<br>ⓘ not obtained through BOP |
| ✔ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ⏸ | **COMPUTER SKILLS**<br>⊖ lacks keyboarding skills<br>⊖ lacks word processing skills<br>⊕ possesses internet navigation skills |

| Progress and Goals |
|---|
| Progress:  Currently enrolled in Extra Casac Hours, Circuit Training and Corss Training.  Goals: Rec: enrollment in the Administrative Computer Program. Send Mr. Dukette a Cop-Out by 02/15.<br><br>Progress:  Has completed the extra hours of CASAC and is currently enrolled in Circuit Cross Training, Cross Training and Painting 1.  Goals:  Complete these programs before next team in January of 2016.<br><br>Completed extra CASAC hrs.<br>Rec: enrollment in the Administrative Computer Program. Send Mr. Dukette a Cop-Out by 08/15.<br><br>Progress/Goals:  Has completed numerous programs to assist him when he releases.  He has no further skill deficits to address in this area.  He is approved for a June 28, 2016 RRC placement date. |

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⏸ | **EMPLOYMENT HISTORY**<br>ⓘ employed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>ⓘ sporadic history of employment (frequent, non-promotional job changes) |
| ✔ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>ⓘ Construction and Extraction - 47<br>ⓘ Installation, Maintenance, and Repair - 49<br>ⓘ Production - 51<br>ⓘ Transportation and Material Moving - 53<br><br>ⓘ realistic career/job goals upon release<br>ⓘ seeking position: Automotive<br>⊕ has more than two years work experience in this field<br>⊖ does not have an education degree related to this field |

Name: **MORGAN, DAVID CLYDE**                                                    RegNo: **29030-177**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

<table>
<tr>
<td></td>
<td>

**INSTITUTION WORK HISTORY**

⊖ has no consistent institution work history
    Eval: 02-02-2016 Satisfactory
    Eval: 12-01-2015 Outstanding
    Eval: 11-01-2015 Outstanding
    Eval: 10-01-2015 Outstanding
    Eval: 09-01-2015 Outstanding
    Eval: 07-01-2015 Good
ⓘ due to less than good evaluations (non-medical)

</td>
</tr>
<tr>
<td></td>
<td>

**POST INCARCERATION EMPLOYMENT**

⊖ post-incarceration employment not secured
ⓘ other: Release Date

---

ⓘ release documents obtained to date:
⊖ missing current resume
⊖ missing application cover letter
⊖ missing letter of referral from previous employer(s)
⊕ job evaluations obtained
⊕ education documents obtained
ⓘ HS Diploma obtained
ⓘ other: Enrolled in CASAC, FIMO, Suicide Prevention, Philosophy.

</td>
</tr>
<tr>
<td colspan="2" align="center">**Progress and Goals**</td>
</tr>
<tr>
<td colspan="2">

Progress:  Inmate has completed the extra hours in CASAC and is currently enrolled in Circuit Cross Training, Cross Training and Painting 1.  Goals:  Should complete these classes before next team in January of 2016.

Progress:  On May 27, 2015, inmate Morgan completed 350 hours of CASAC training.

PREVIOUS TEAM: 20160121

Progress: Inmate has completed the extra hours in CASAC and has completed numerous other educational and vocational classes; therefore, there are no further skill deficits.

PREVIOUS TEAM: 20160404

Progress/Goals: Inmate has completed the extra hours in CASAC and has completed numerous other educational and vocational classes; therefore, there are no further skill deficits.

</td>
</tr>
</table>

## INTERPERSONAL        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **RELATIONSHIPS**<br>⊕ no adverse life experiences<br>---<br>⊕ no negative peer influences prior to incarceration |
| ! | **FAMILY TIES/SUPPORT SYSTEM**<br>⊖ insufficient expected support to warrant positive Family Ties and Support System<br>    Spouse: None<br>    Companion: None<br>    Immediate Family: General<br>    Relative: General |

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 06-08-2016

**INTERPERSONAL**        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
|  | **PARENTAL RESPONSIBILITY** |
| | ① no children under the age of 21 |
| | ① no children under the age of 21 financially responsible for |
| | ① RRC (MINT) Placement is not applicable |
|  | **COMMUNICATION** |
| | ⊕ displays good communication skills |

Name: **MORGAN, DAVID CLYDE**                                          RegNo: **29030-177**

## INTERPERSONAL      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
| --- |

Single, no children .. enroll in Effective People Class by 9-1-2011.

PREVIOUS TEAM: 20110914

No children.  Maintain contact with family and friends weekly via email, letters, and phone, throughout incarceration

PREVIOUS TEAM: 20120313

Progress: Has written at least two letters per week and makes one telephone call per week.  Sends and receives  at least seven emails per week.
Goals:  Enroll by next team, in one or more Interpersonal  programs to strengthen relationship ties, such as:  Victim Impact.

PREVIOUS TEAM: 20120905

Progress: Has written at least two letters per week and makes one telephone call per week. Sends and receives at least seven emails per week.
Goals: Continue with maintaining close contact with family and friends weekly through emails, letters and phone calls.

PREVIOUS TEAM: 20130308

Progress: Has written at least two letters per week and makes one telephone call per week. Sends and receives at least seven emails per week.
Goals: Continue with maintaining close contact with family and friends weekly through emails, letters and phone calls.

PREVIOUS TEAM: 20130827

Progress: Has very limited access to phone and emails as he is housed in SHU.  Will receive one phone call per month.
Goals: would suggest you maintain family communication via writting letters at least twice a week until you are released from the SHU.

PREVIOUS TEAM: 20140214

Progress:  Maintains daily contact with family and friends via utlizing the phones, emails and letters.  Goals:  Continue with the above mentioned plan until next team.

PREVIOUS TEAM: 20140804

Progress: Maintains daily contact with family and friends via utlizing the phones, emails and letters. Goals: Continue with the above mentioned plan until next team.

PREVIOUS TEAM: 20140804

Progress: Maintains daily contact with family and friends via utlizing the phones, emails and letters. Goals: Continue with the above mentioned plan until next team.

PREVIOUS TEAM: 20150126

Progress: Maintains daily contact with family and friends via utlizing the phones, emails and letters. Goals: Continue with the above mentioned plan until next team and write at least one letter home a week, plus three phones calls a week and emails.

PREVIOUS TEAM: 20150730

Progress: Maintains daily contact with family and friends via utlizing the phones, emails and letters. Goals: Continue with the above mentioned plan until next team and write at least one letter home a week, plus three phones calls a week and emails.

PREVIOUS TEAM: 20160121

Progress/Goals:  Has no skill deficits noted in this area.

PREVIOUS TEAM: 20160404

Progress/Goals: Has no skill deficits noted in this area.

Department of Justice                                          Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN    PROGRESS REPORT: 06-08-2016

## WELLNESS          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| **(!)** | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>① height 5 ft. 7 in.<br>① weight (lbs) 195<br>① BMI Score 30.5<br>① date calculated 02-03-2014<br><br>⊕ maintains physical fitness thru regular exercise;<br>① aerobic exercise<br>① anaerobic or isometric exercise<br>① other: Weight Training<br><br>⊖ evidence of behaviors associated with increased risk of infectious disease<br>① tattoo, body piercing (in unsanitary settings)<br><br>⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊖ did not have a primary care provider or clinic (prior to incarceration)<br>⊖ does not have health insurance coverage upon release |
| **(✓)** | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊕ healthy - No current health concerns<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| **(✓)** | **TRANSITIONAL PLAN**<br>⊕ does not require medication upon release from custody<br>⊕ does not require on-going treatment or follow-up after release from custody<br>① TB Clearance Complete - See Exit Summary<br>① RRC placement is not applicable |
| **(⊘)** | **GOVERNMENT ASSISTANCE**<br>① has not previously received Social Security assistance<br>① inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>① has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>① spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

| Progress and Goals |
|---|
| Progress: Enrolled in two Cross Training Courses. Goals: Maintain a good physical fitness and a healthy life style and complete both Cross Training Courses before next team in January of 2016.<br><br>PREVIOUS TEAM: 20160121<br><br>Progress/Goals: Maintain a good physical fitness and a healthy life style and has no skill deficits noted in this area.<br><br>PREVIOUS TEAM: 20160404<br><br>Progress/Goals: Maintain a good physical fitness and a healthy life style and has no skill deficits noted in this area. |

Name: **MORGAN, DAVID CLYDE**                                    RegNo: **29030-177**

## MENTAL HEALTH        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| 🄿 | **SUBSTANCE ABUSE MANAGEMENT**<br>⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br>marijuana/hashish: Weekly<br><br>⊖ no history of substance abuse treatment<br>ⓘ not currently participating in substance abuse treatment |
| ✓ | **MENTAL ILLNESS MANAGEMENT**<br>⊕ no history of mental health diagnosis prior to incarceration<br><br>⊕ no mental health diagnosis during incarceration<br><br>⊕ no history of serious suicidal ideation or attempts |
| ✓ | **TRANSITIONAL PLAN**<br>⊕ no medication required upon release from custody<br>⊕ does not require on-going treatment after release from custody<br>⊕ psychology services recommends RRC placement |
| ✓ | **APPROPRIATE SEXUAL BEHAVIOR**<br>⊕ no evidence of sexually inappropriate behavior |
| **Progress and Goals** ||
| Progress:  Has completed the refresher course on the Suicide Companion program and the Mandatory Drug Education class. In addition he is currently enrolled in the CASAC class and making excellent progress.<br>Goals:  Inmate Morgan has addressed all deficits in this area; recommend he complete CASAC by next team.<br><br><br>Progress: Has no skill deficits in this area, he has completed the additional extra hours (100) in CASAC to complete his training in that area. In addition, he has completed the refresher course on the Suicide Companion program through Psychology. ||

## COGNITIVE        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| 🄿 | **GENERAL BEHAVIOR**<br>⊕ no evidence of behavioral problems as a juvenile<br><br>⊖ evidence of behavioral problems as an adult<br>ⓘ 100 series incident reports |
| ❗ | **CRIMINAL HISTORY**<br>⊖ two or more convictions<br>⊖ violent and/or sex offender (current/prior)<br>thefts: Multiple occurrence(s)<br>robberies: Single occurrence(s)<br>drug offenses: Single occurrence(s) |

Department of Justice                                    Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN    PROGRESS REPORT: 06-08-2016

## COGNITIVE          *** Disregard Response Summary and utilize only the Progress & Goals section ***



**DOMESTIC VIOLENCE/ABUSE**
⊕ no history of domestic violence or abuse



**CRIMINAL BEHAVIOR**
⊕ no onset of criminal behavior before the age of 14
⊖ criminal versatility: convictions in 3 or more categories
⊕ no significant history of violence: Less than 2 violent convictions

| Progress and Goals |
| --- |

PROGRESS REPORT
HAS NOT RECEIVED AN INCIDENT REPORT SINCE SEPTEMBER 2009.

PREVIOUS TEAM: 20101005

Enroll in the Anger Management Course by March 2011

Progress: Has maintained clear conduct, since 2009.
Goals: Prior conviction for Robbery and incident report for Fighting With Another Person. As previously recommended, enroll in Aggression Replacement by 04/2012 and complete by 10/2012.

Progress: Is currently housed in the SHU for SIS investigation. Has not enrolled in Aggression replacement, as he was enrolled an concentrating on his CASAC class. Has maintained clear conduct since 09-16-2009. Goals: Continue to maintain clear conduct and enroll in at least one vocational or educational program .

## CHARACTER          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |



**PERSONAL CHARACTER**
⊕ behaviors indicative of positive personal character;
⊕ regular volunteer work (not court ordered)
⊕ evidence of spirituality
   talks to a friend or mentor about spiritual/religious issues: Always
   active participation in a faith group: Always
   connected to outside spiritual/religious community: Always
   examines actions to see if they reflect values: Always
   finds meaning in times of hardship: Always
⊕ assistance to strangers without expectation of reward
⊕ fulfills financial obligations
⊕ empathic toward victims of crime/participates in Victim Impact Program panel
ⓘ religious assignment: PAGAN

⊕ no evidence easily influenced by other



**PERSONAL RESPONSIBILITY**
ⓘ reports responsibility for current incarceration as:
⊕ self (sole responsibility)

⊕ made efforts to make amends for their crime(s)
⊕ engages in activities which assist victims affected by their type of crime(s)
⊕ other: Has completed FRP, Mandatory Drug Program, is enrolled in CASAC and has also completed the Suicide Companion Program.

Name: **MORGAN, DAVID CLYDE**                                    RegNo: **29030-177**

## CHARACTER       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
| --- |
| Progress/Goals:  Learn to be aware of the impact that your actions have on others. Take time out for self-reflection to consider the meaning of life in relation to your faith group, friends, and family.  Try to maintain pro-social values to create a positive impact in your life and the lives of others.<br><br>Progress/Goals:  No deficits noted in this area; therefore, no recommendations have been made. |

## LEISURE       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |
|  | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ participation in a faith group<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ computers/video games<br>⊕ reading<br>⊕ cultural events/concerts/theater<br>⊕ hobbies (includes hunting, fishing, etc.) |

| Progress and Goals |
| --- |
| Progress:  Completed FIMO/PLAYDO Class.<br>Goals:  Watch at least 1-3 hours of TV per day, listens to 2-4 hours of music per day, and reads at least one book per month until next team and throughout incarceration, in addition, utilize the programs in rec. such as Yoga, NFPT, Softball, Soccer, and Football.<br><br>Progress: Inmate teaches FIMO class and continues to participate in Hobby craft daily. He is also enrolled in the Suicide Companion program.  Goals: No skill deficits noted in this area. |

## DAILY LIVING       *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
| --- | --- |
|  | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
|  | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊖ no knowledge in accessing community resources to obtain food |
|  | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation |

Department of Justice                                                    Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN        PROGRESS REPORT: 06-08-2016

## DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
| | ① quarters assignment: HOUSE K/RANGE 02/BED 233L |
| ❗ | **TRANSPORTATION**<br><br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ❗ | **IDENTIFICATION**<br><br>⊖ does not have photo identification<br>⊕ has birth certification<br>⊕ has social security card |
| ❗ | **HOUSING**<br><br>⊖ no established housing year prior to incarceration<br>⊖ history of unstable housing (multiple addresses)<br><br>⊕ housing upon release<br>① supervision district is a relocation<br>① anticipated housing plan approved by USPO(s)<br>① no concerns with anticipated housing plan |
| ✔ | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br><br>① recommended or ordered for RRC placement<br>① date referral completed: 07-24-2015<br>① recommended range: > 270 days<br>⊕ RRC Placement: CRL on 06-28-2016 |
| ✔ | **FAMILY CARE**<br><br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊕ not responsible for obtaining any other special services for dependents upon release |

Name: **MORGAN, DAVID CLYDE**                                    RegNo: **29030-177**

## DAILY LIVING            *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|

Maintain a high level of sanitation in Housing Unit and Cell through March 2011
Apply for a copy of your Social Security Card by March 2011

PREVIOUS TEAM: 20110309

Arrived at Ray Brook as a 21 point medium.  This will be reviewed at your next team in Sept 2011.

PREVIOUS TEAM: 20110914

Needs relocation to North Carolina.  Obtain a copy of your social security card and birth certificate for release purposes.  You are at 20 point Medium which is valid until 09/2012.  Your next Program Review is 03/2012

PREVIOUS TEAM: 20120313

Progress:  Has obtained a copy of Social Security Card.
Goals:  Wants relocation to North Carolina.  Save at least $35 dollars for release purposes.

PREVIOUS TEAM: 20120905

Progress: Has obtained a copy of Social Security Card.
Goals: Wants relocation to North Carolina. Open a pre release savings account to deposit at least 2% of all money into your account for release purposes until next team.

PREVIOUS TEAM: 20130308

Progress: Has obtained a copy of Social Security Card.  Has not enrolled in the Pre release savings account.
Goals: Wants relocation to North Carolina. Open a pre release savings account to deposit at least 2% of all money into your account for release purposes until next team.

PREVIOUS TEAM: 20130827

Progress: Has obtained a copy of Social Security Card. Has not enrolled in the Pre release savings account.
Goals: Wants relocation to North Carolina. Open a pre release savings account to deposit at least 2% of all money into your account for release purposes until next team.

PREVIOUS TEAM: 20140214

Progress: Has obtained a copy of Social Security Card. Has not enrolled in the Pre release savings account.
Goals: Wants relocation to North Carolina. Open a pre release savings account to deposit at least 2% of all money into your account for release purposes until next team.

PREVIOUS TEAM: 20140804

Progress: Has obtained a copy of Social Security Card. Has not enrolled in the Pre release savings account.
Goals: Wants relocation to North Carolina. Open a pre release savings account to deposit at least 2% of all money into your account for release purposes until next team.

PREVIOUS TEAM: 20140804

Progress: Has obtained a copy of Social Security Card. Has not enrolled in the Pre release savings account.
Goals: Wants relocation to North Carolina. Open a pre release savings account to deposit at least 2% of all money into your account for release purposes until next team.

PREVIOUS TEAM: 20150126

Progress: Has obtained a copy of Social Security Card. Has not enrolled in the Pre release savings account.  Will be rescored in July of 2015.
Goals: Wants relocation to North Carolina. Open a pre release savings account to deposit at least 2% of all money into your account for release purposes until next team.

PREVIOUS TEAM: 20150730

Progress:  Inmate Morgan has received two forms of ID for release purposes and has a little bit of money saved for release

Department of Justice                                                 Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN        PROGRESS REPORT: 06-08-2016**

**DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***

purposes.  In addition, he continues to maintain clear conduct, good programming and FRP complete.

Progress:  On February 6, 2015, inmate Morgan received a copy of his Birth Certificate.

PREVIOUS TEAM: 20160121

Progress: Inmate Morgan has received two forms of ID for release purposes and has a little bit of money saved for release purposes. In addition, he continues to maintain clear conduct, good programming and FRP complete.

Progress: On February 6, 2015, inmate Morgan received a copy of his Birth Certificate. He is currently waiting for his RRC date, which could be as early as March of 2016.

PREVIOUS TEAM: 20160404

Progress: Inmate Morgan has received two forms of ID for release purposes and has a little bit of money saved for release purposes. In addition, he continues to maintain clear conduct, good programming and FRP complete.  He has been approved for a June 28, 2016 RRC placement date.

Name: **MORGAN, DAVID CLYDE**                                             RegNo: **29030-177**

## INMATE SKILLS STATUS

| Status | | Initial Assessment 04-15-2010 | Previous Assessment 04-04-2016 | Current Assessment 06-08-2016 |
|---|---|---|---|---|
| (!) | Attention Required | 34.4% | 24.4% | 24.4% |
| (P) | Mitigating Issues | 0% | 6.1% | 6.1% |
| (?) | Unanswered | 20% | 0% | 0% |
| (✓) | Satisfactory | 42.2% | 66.1% | 66.1% |
| (∅) | Not Applicable | 3.3% | 3.3% | 3.3% |

| Skill Area | Attention Required (!) | Mitigating Issues (P) | Unanswered (?) | Satisfactory (✓) | Not Applicable (∅) |
|---|---|---|---|---|---|
| Academic | 0% | 5% | 0% | 95% | 0% |
| Vocational/Career | 55% | 10% | 0% | 35% | 0% |
| Interpersonal | 40% | 0% | 0% | 50% | 10% |
| Wellness | 15% | 0% | 0% | 65% | 20% |
| Mental Health | 0% | 25% | 0% | 75% | 0% |
| Cognitive | 60% | 15% | 0% | 25% | 0% |
| Character | 0% | 0% | 0% | 100% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 50% | 0% | 0% | 50% | 0% |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 06-08-2016

## SIGNATURES

| Individual | Signature | Date |
|---|---|---|
| Case Manager:<br>L. GODDEAU, EXT. 4252 | | |
| [ ] Chairperson<br>or<br>[ ] Unit Manager:<br>J. BOLT, EXT 4250 | | |
| Inmate:<br>MORGAN, DAVID CLYDE<br>29030-177 | | |

David Morgan
PO BOX 900
RAY Brook, NY 12977
United States



RECEIVED

JUN 24 2016

CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF TEXAS



RAY BROOK NY
JUN 21 2016
USPS - 12977-9998

⇔29030-177⇔
Clerk District Court
Clerk of Court
501 W.10Thst Rm310
FORT Worth, TX 76102
United States

Legal Mail

Legal Mail